# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

CHARLES R. SALEMI

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC. AND VITOL
RESOURCES, INC. ET AL.

NO.  2019 CW 0239

**JANUARY 10, 2022**

---

In Re:   Gemini Insurance Company and Chaucer Corporate Capital
(No. 2) Limited, applying for supervisory writs, 18th
Judicial District Court, Parish of West Baton Rouge,
No. 41553.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT   DISMISSED.**   This   writ   application   is   dismissed
pursuant to relators' motion to dismiss, which advised that the
parties settled all claims and controversies existing between
them in this matter and requested that this writ application be
dismissed.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT